| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| *versus* | § | CASE NO. 1:18cr142-1 |
| | § | |
| DARRION TYRELL KIMBLE | § | |

**MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred this matter to the United States Magistrate Judge Keith F. Giblin for the administration of a guilty plea hearing. Judge Giblin conducted a hearing and issued his findings of fact and report and recommendation on the defendant's guilty plea. The magistrate judge recommended that the Court accept defendant's guilty plea. He further recommended that the Court finally adjudge defendant as guilty on Counts Two, Four and Eight of the Indictment. The parties have not objected to the magistrate judge's findings.

The Court accepts the findings in the report and recommendation. The Court ORDERS that Judge Giblin's report (# 79) is adopted. The Court accepts the defendant's guilty plea but defers acceptance of the plea agreement and plea agreement addendum until after review of the presentence report. It is finally ORDERED that defendant, Darrion Tyrell Kimble, is adjudged guilty on Counts Two, Four and Eight of the Indictment charging a violation of Title 18, United States Code, Section 1951 and Title 18, United States Code, Section 924(c).

SIGNED at Plano, Texas, this 6th day of November, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE